KILPATRICK TOWNSEND & STOCKTON LLP
Gregory S. Gilchrist (State Bar No. 111536)
Ryan Bricker (State Bar No. 269100)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Emails:       ggilchrist@kilpatricktownsend.com
                    rbricker@kilpatricktownsend.com

Attorneys for Plaintiff and Counter-Defendant
PHILIP ANDREW DUFF

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILIP ANDREW DUFF and THE SMD GROUP LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GURU DENIM, INC., TRUE RELIGION APPAREL, INC. and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-4611-GW-JCx<br><br>**STIPULATED REQUEST TO VACATE THE DISMISSAL WITHOUT PREJUDICE, AND TO DISMISS WITH PREJUDICE**<br><br>**HON. GEORGE H. WU** |

In its Civil Minutes Order dated June 27, 2011 (Docket No. 83), this Court dismissed this action without prejudice, subject to the Court retaining jurisdiction to enforce the contemplated settlement.  Since that Order, the parties have finalized a settlement that, in part, contemplates a dismissal with prejudice.  Accordingly, the parties hereby submit this stipulated request to vacate the dismissal without prejudice, and to dismiss this case with prejudice with all parties to bear their own costs.



STIPULATED REQUEST TO VACATE DISMISSAL WITHOUT PREJUDICE, AND TO DISMISS WITH PREJUDICE
CASE NO. 10-cv-4611-GW-JCx

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: September 9, 2011 | KILPATRICK TOWNSEND & STOCKTON LLP |

By: */s/ GREGORY S. GILCHRIST*
GREGORY S. GILCHRIST
Attorneys for Plaintiff
PHILIP ANDREW DUFF

DATED: September 9, 2011   CALDWELL LESLIE & PROCTOR, PC

By: */s/ ANDREW ESBENSHADE*
**ANDREW ESBENSHADE**
Attorneys for Plaintiff
THE SMD GROUP, LTD.

DATED: September 9, 2011   CHRISTIE PARKER & HALE LLP

By: */s/ BRIAN BROOKEY*
**BRIAN BROOKEY**
Attorneys for Defendants
GURU DENIM, INC. and TRUE RELIGION APPAREL, INC.



STIPULATED REQUEST TO VACATE DISMISSAL WITHOUT PREJUDICE, AND TO DISMISS WITH PREJUDICE
CASE NO. 10-cv-4611-GW-JCx