1  KILPATRICK TOWNSEND & STOCKTON LLP
   Gregory S. Gilchrist (State Bar No. 111536)
2  Ryan Bricker (State Bar No. 269100)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Emails:       ggilchrist@kilpatricktownsend.com
5                   rbricker@kilpatricktownsend.com

6  Attorneys for Plaintiff and Counter-Defendant
   PHILIP ANDREW DUFF

8                UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                       WESTERN DIVISION

| | |
|---|---|
| PHILIP ANDREW DUFF and THE SMD GROUP LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GURU DENIM, INC., TRUE RELIGION APPAREL, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 10-cv-4611-GW-JCx<br><br>**STIPULATED REQUEST TO VACATE THE DISMISSAL WITHOUT PREJUDICE, AND TO DISMISS WITH PREJUDICE**<br><br>**HON. GEORGE H. WU** |
| AND RELATED COUNTERCLAIMS | |

In its Civil Minutes Order dated June 27, 2011 (Docket No. 83), this Court dismissed this action without prejudice, subject to the Court retaining jurisdiction to enforce the contemplated settlement.  Since that Order, the parties have finalized a settlement that, in part, contemplates a dismissal with prejudice.  Accordingly, the parties hereby submit this stipulated request to vacate the dismissal without prejudice, and to dismiss this case with prejudice with all parties to bear their own costs.



STIPULATED REQUEST TO VACATE DISMISSAL WITHOUT PREJUDICE, AND TO
DISMISS WITH PREJUDICE
CASE NO. 10-cv-4611-GW-JCx

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: September 9, 2011 | KILPATRICK TOWNSEND & STOCKTON LLP |

By: */s/ GREGORY S. GILCHRIST*
GREGORY S. GILCHRIST
Attorneys for Plaintiff
PHILIP ANDREW DUFF

DATED: September 9, 2011    CALDWELL LESLIE & PROCTOR, PC

By: */s/ ANDREW ESBENSHADE*
**ANDREW ESBENSHADE**
Attorneys for Plaintiff
THE SMD GROUP, LTD.

DATED: September 9, 2011    CHRISTIE PARKER & HALE LLP

By: */s/ BRIAN BROOKEY*
**BRIAN BROOKEY**
Attorneys for Defendants
GURU DENIM, INC. and TRUE RELIGION APPAREL, INC.

