1  KILPATRICK TOWNSEND & STOCKTON LLP
   Gregory S. Gilchrist (State Bar No. 111536)
2  Ryan Bricker (State Bar No. 269100)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Emails:  ggilchrist@kilpatricktownsend.com
5           rbricker@kilpatricktownsend.com

6  Attorneys for Plaintiff and Counter-Defendant
   PHILIP ANDREW DUFF

8           UNITED STATES DISTRICT COURT
9        FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                  WESTERN DIVISION

| | |
|---|---|
| PHILIP ANDREW DUFF and THE SMD GROUP LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GURU DENIM, INC., TRUE RELIGION APPAREL, INC. and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-4611-GW-JCx<br><br>**[PROPOSED] ORDER VACATING THE DISMISSAL WITHOUT PREJUDICE, AND DISMISSING WITH PREJUDICE**<br><br>**HON. GEORGE H. WU** |



[PROPOSED] ORDER VACATING THE DISMISSAL WITHOUT PREJUDICE, AND
DISMISSING WITH PREJUDICE
CASE NO. 10-cv-4611

1   Good Cause appearing, the Order dismissing this action without prejudice is
2   hereby vacated, and the action is hereby dismissed with prejudice.  The parties shall
3   bear their own costs.
4   IT IS SO ORDERED.
5
6    DATED: _____, 2011
                                          _____
                                          Hon George H. Wu
7                                         United States District Judge
8
    63615050 v1
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



[PROPOSED] ORDER VACATING THE DISMISSAL WITHOUT PREJUDICE, AND
DISMISSING WITH PREJUDICE                                                                1
CASE NO. 10-cv-4611-GW-JCx