KILPATRICK TOWNSEND & STOCKTON LLP
Gregory S. Gilchrist (State Bar No. 111536)
Ryan Bricker (State Bar No. 269100)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Emails:  ggilchrist@kilpatricktownsend.com
         rbricker@kilpatricktownsend.com

**CLOSED**

Attorneys for Plaintiff and Counter-Defendant
PHILIP ANDREW DUFF

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PHILIP ANDREW DUFF and THE SMD GROUP LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> GURU DENIM, INC., TRUE RELIGION APPAREL, INC. and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV 10-4611-GW(JCx) <br><br> **ORDER VACATING THE DISMISSAL WITHOUT PREJUDICE, AND DISMISSING WITH PREJUDICE** <br><br> **HON. GEORGE H. WU** |



[PROPOSED] ORDER VACATING THE DISMISSAL WITHOUT PREJUDICE, AND
DISMISSING WITH PREJUDICE
CASE NO. 10-cv-4611

1    Good Cause appearing, the Order dismissing this action without prejudice is

2   hereby vacated, and the action is hereby dismissed with prejudice. The parties shall

3   bear their own costs.

4   IT IS SO ORDERED.

5

6    DATED: September 15, 2011 _____

     Hon George H. Wu
7    United States District Judge

8
     63615050 v1
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



[PROPOSED] ORDER VACATING THE DISMISSAL WITHOUT PREJUDICE, AND
DISMISSING WITH PREJUDICE                                          1
CASE NO. 10-cv-4611-GW-JCx